# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2019

157899

| | |
|---|---|
| **Bridget M. McCormack,** | |
| Chief Justice | |

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

v

SC: 157899
COA: 340961
Kent CC: 15-005259-FH

AZAL M. SALEH,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 10, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2019

a0418

Clerk